**UNITED STATES of America,**

v.

**Ryan MCCARTY Appellant.**

**No. 04–1665.**

United States Court of Appeals,
Third Circuit.

Argued Nov. 2, 2004.

Decided May 2, 2005.

Richard Coughlin, John H. Yauch (Argued), Candace M. Hom, Federal Public Defender, District of New Jersey, Newark, NJ, for Appellant.

Christopher J. Christie, George S. Leone, Gail R. Zweig, David B. Lat (Argued), Office of the U.S. Attorney, Newark, NJ, for Appellee.

Before ALITO, FUENTES, and STAPLETON, Circuit Judges.

## OPINION OF THE COURT

FUENTES, Circuit Judge.

Ryan McCarty challenges his sentence for mail fraud and mail theft. He argues that his sentence violates the *ex post facto* clause of the Constitution, that one of the conditions of his supervised release is overly broad, and that he is entitled to resentencing under *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

Having determined that issues with respect to *Booker* are best determined by the District Court in the first instance, we vacate the sentence and remand for resentencing in accordance with that opinion. Because we vacate the sentence, we do not reach McCarty's non-*Booker* sentencing challenges. We note, however, that any challenge to the conviction has been waived, and we therefore affirm the conviction.